# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 0651

VERSUS

BRODRICO DUNN                                         **July 30, 2020**

---

In Re:   Brodrico Dunn, applying for supervisory writs, 18th
         Judicial District Court, Parish of Iberville, No.
         39020.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

                              **TMH**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT